THE PEERLESS PATTERN COMPANY, Respondent, v. THE McCLURE PUBLICATIONS, INC., Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., McLaughlin, Scott and Page, JJ.

OSCAR L. RICHARD, Respondent, v. HENRIK NORMANN, Individually, etc., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Judicial Settlement of the Account of ELIZA C. DUNLOP and Others, as Executors, etc., of CLARK W. DUNLOP, Deceased, Respondents; WILLIAM W. DUNLOP, Appellant.   In the Matter of the Judicial Settlement of the Account of ELIZA C. DUNLOP and Others, as Executors, etc., of CLARK W. DUNLOP, Deceased, Respondents; ROBERT W. DUNLOP, Appellant.— Orders affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of DOROTHY C. KIRSCHNER, an Infant, etc.— Order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Smith and Page, JJ., dissented.

In the Matter of Supplementary Proceedings: BEATRICE TRANTER, Respondent, v. SEFTON TRANTER, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Judicial Settlement of the Accounts of the Executors and Trustees of JOHN FOX, Deceased.— Order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Dowling, J., dissented.

WILHELM KNAUTH and Others, Copartners, etc., Appellants, v. ENGINEERING MATERIALS EXPORT CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RICHARD S. KAUFMAN, Respondent, v. EMPIRE GYPSUM COMPANY, Appellant, Impleaded with Others.  RICHARD S. KAUFMAN, Respondent, v. EMPIRE GYPSUM COMPANY, Appellant, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MORTIMER BARTLETT, Respondent, v. EDWARD B. KURTZ, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EMILY HAMUS, Appellant, v. MAX B. KAESCHE, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.